UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

,

        Plaintiff(s),

v.                                                                Case No. 4:22−mc−50218−SDD
                                                                  Hon. Stephanie Dawkins Davis
,                                                                 Magistrate Judge

        Defendant(s).

---

**NOTICE OF CORRECTED JUDICIAL ASSIGNMENT
DUE TO ATTORNEY'S CLERICAL ERROR**

Take notice that while utilizing CM/ECF online case submission, this case was erroneously assigned to District Judge Thomas L. Ludington and contrary to the Local Rules of the United States District Court for the Eastern District of Michigan.  Pursuant to 11−AO−016, a new random assignment was performed by Clerk's Office staff in accordance with the Local Rules.  The correct district judge and magistrate judge assigned to this case are noted above.

        KINIKIA D. ESSIX, CLERK OF COURT

        By: s/ S. Schoenherr
        Deputy Clerk

Dated:   March 1, 2022

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon each attorney of record herein by electronic means or first class U.S. mail.

        KINIKIA D. ESSIX, CLERK OF COURT

        By: s/ S. Schoenherr
        Deputy Clerk